QUIN DENVIR, Bar #49374
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (209) 487-5561

Attorney for Defendant
PETE CELESTINO RUIZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-00010 OWW |
| Plaintiff, | ) ) | STIPULATION AND ORDER FOR TEMPORARY RELEASE |
| v. | ) ) | OF DEFENDANT PETE CELESTINO RUIZ FOR SUBSTANCE ABUSE |
| PETE CELESTINO RUIZ, | ) ) | TREATMENT ASSESSMENT |
| Defendant. | ) ) ) | |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, Laurel A. Montoya, Assistant United States Attorney, counsel for Plaintiff, and Eric V. Kersten, Assistant Federal Defender, counsel for Defendant, that the defendant, Pete Celestino Ruiz, may be temporarily released from custody, for approximately four hours, on August 16, 2005, for the purpose of obtaining an eligibility assessment for in-patient substance abuse treatment at the Comprehensive Alcohol Program (CAP), in Fresno, California.

　　　　Mr. Ruiz has admitted violating his supervised release by unlawfully using a controlled substance.  Disposition is set for August 22, 2005.  Chapter 7 of the *Sentencing Guidelines* recommends a 3-to-9 month term of incarceration for this violation.

　　　　The Comprehensive Alcohol Program (CAP) operates a 90-day, in-patient drug and alcohol treatment program.  Fresno County provides funding for a limited number of beds in the program.  The only eligibility requirements are that an assessment be completed to establish that the candidate would

be an appropriate patient, and that the candidate be a Fresno County resident.  Currently, there is a 2-to-3 month waiting list for the subsidized beds once the assessment is completed.

 Defense counsel understands that the United States Probation Office has limited funds available to pay for in-patient substance abuse treatment.  For this reason Mr. Ruiz seeks entry into the CAP program, where alternate funding is available.

 Mr. Ruiz has been advised that if he fails to self-surrender at the designated time, or if he engages in unauthorized activities during the period of his release, he may be prosecuted for escape.

 Mr. Ruiz' supervising United States probation officer, Philip Mizutani, does not objection to this request for temporary release.

DATED: August 11, 2005

MCGREGOR W. SCOTT
United States Attorney

(Assistant U.S. Attorney Laurel A. Montoya has approved of her electronic signature being placed here)

 /s/ Laurel A. Montoya
LAUREL A. MONTOYA
Assistant U.S. Attorney
Attorneys for Plaintiff

DATED: August 11, 2005

QUIN DENVIR
Federal Public Defender

 /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorneys for Defendant
Pete Celestino Ruiz

O R D E R

IT HEREBY ORDERED that defendant Pete Celestino Ruiz shall be granted temporary release on the following conditions:

**1. Defendant PETE CELESTINO RUIZ shall be released from custody at the Fresno County Jail at 9:30 a.m., on Tuesday, August 16, 2005, for the purpose**

**of obtaining an assessment to determine his eligibility for acceptance into the Comprehensive Alcohol Program in-patient, 90-day substance abuse treatment program.  Upon completion of the assessment he shall self-surrender at the Fresno County Jail, at or before 1:30 p.m., on the same day, August 16, 2005.**

**2.    Defendant's travel is restricted to travel directly to the Comprehensive Alcohol Program facilities, located at 2445 W. Whitesbridge Avenue, Fresno, California; and return travel directly to the Fresno County Jail at the conclusion of the assessment.**

**3.    Defendant shall be released to the third party custody of Courtney Keppler, 2801 W. Fairmont, Fresno, California (559) 226-8358, and he shall remain in the presence of Courtney Keppler at all times during his release from custody except for those times when the assessment is actually being conducted.**

**4.    Defendant shall refrain from any use of alcohol or any use or possession of a narcotic drug or other controlled substance unless prescribed by a licensed medical practitioner.**

**5.    Defendant shall not possess a firearm, destructive device, or other dangerous weapon.**

Dated: August _15___, 2005

/s/ OLIVER W. WANGER

_____
THE HON. OLIVER W. WANGER
United States District Court Judge for the
Eastern District of California